**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| JOHN SOKOL, individually and on behalf of classes of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>FORTEGRA FINANCIAL CORPORATION, a Delaware corporation, and ENSURETY VENTURES, LLC d/b/a OMEGA AUTO CARE, a Missouri corporation,<br><br>*Defendants*. | **Case No. 3:18-cv-262**<br><br>**Judge Brian J. Davis**<br><br>**Magistrate Judge Patricia D. Barksdale** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE MOTION FOR CLASS CERTIFICATION**

Plaintiff John Sokol ("Plaintiff") moves the Court for a short extension of time to file his Motion for Class Certification, from January 11, 2019, to March 15, 2019. Counsel for Plaintiff has met and conferred with Defendants Fortegra Financial Corporation and Ensurety Ventures, LLC d/b/a Omega Auto Care, and neither party opposes this request.

Plaintiff has been engaged for some time in third-party discovery with Atlantic Auto Protection, LLC ("Atlantic Auto"), which is the entity that made telephone calls that are at issue in this case. That discovery has not yet been completed, and Plaintiff believes that the information obtained there may be necessary for Plaintiff to meet his burden on class certification in this matter.

For this reason, Plaintiff seeks an approximately two-month extension of the deadline to file his motion for Class Certification, until March 15, 2019. There have been no prior

extensions of the deadline, no party will be prejudiced, and Plaintiff requests no other extensions of the schedule at this time. A proposed order is attached for the Court's consideration.

Dated: January 9, 2018                     Respectfully submitted,

By: *Michael J. Boyle, Jr.*
Matthew R. Wilson (*pro hac vice*)
Michael J. Boyle, Jr. (*pro hac vice*)
MEYER WILSON CO., LPA
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066
Email: mwilson@meyerwilson.com
Email: mboyle@meyerwilson.com

Daniel M. Hutchinson (*pro hac vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: dhutchinson@lchb.com

Jonathan D. Selbin (*pro hac vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
Email: jselbin@lchb.com

Andrew R. Kaufman (*pro hac vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
222 Second Avenue South, Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000

2

Facsimile: (615) 313-9965
Email: akaufman@lchb.com

James J. Boyle (Trial Counsel)
Florida Bar # 35412
BOYLE & GALNOR, P.A.
James J. Boyle
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
Telephone: (904) 516-5507
Email: james@boyleandgalnor.com

*Attorneys for Plaintiff and the
Proposed Classes*

## **CERTIFICATE OF SERVICE**

      I certify that on January 9, 2018, this document was served upon Defendants via CM/ECF.

/s/ Michael J. Boyle, Jr.