## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| JOHN SOKOL, individually and on behalf of classes of similarly situated individuals, | |
| *Plaintiff*, | **Case No. 3:18-cv-262** |
| v. | |
| | **Judge Brian J. Davis** |
| FORTEGRA FINANCIAL CORPORATION, a Delaware corporation, and ENSURETY VENTURES, LLC d/b/a OMEGA AUTO CARE, a Missouri corporation, | **Magistrate Judge Patricia D. Barksdale** |
| *Defendants*. | |

### STIPULATION OF DISMISSAL

NOW COME the PLAINTIFF, John Sokol, and the Defendants, Fortegra Financial Corporation and Ensurety Ventures, LLC d/b/a Omega Auto Care, by and through their respective attorneys, and pursuant to Fed, R. Civ. p. 41(a), who hereby stipulate and agree to the dismissal with prejudice of PLAINTIFF John Sokol's claims against Defendants Fortegra Financial Corporation and Ensurety Ventures, LLC d/b/a Omega Auto Care. Each Party shall bear its own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

STIPULATED AND AGREED TO BY:

Dated:  February 6, 2019                    Respectfully submitted,

By: */s/ Michael J. Boyle, Jr.*              By: */s/ William L. Tucker (per email*
Michael J. Boyle, Jr. (*pro hac vice*)        *authorization)*

US2008 14364458 1

Matthew R. Wilson (*pro hac vice*)
MEYER WILSON CO., LPA
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066
Email: mwilson@meyerwilson.com
Email: mboyle@meyerwilson.com

Daniel M. Hutchinson (*pro hac vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: dhutchinson@lchb.com

Jonathan D. Selbin (*pro hac vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
Email: jselbin@lchb.com

Andrew R. Kaufman (*pro hac vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
222 Second Avenue South, Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
Email: akaufman@lchb.com

James J. Boyle (Trial Counsel)
Florida Bar # 35412
BOYLE & GALNOR, P.A.
James J. Boyle
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
Telephone: (904) 516-5507
Email: james@boyleandgalnor.com

Beth-Ann E. Krimsky, FL Bar No. 968412
William L. Tucker, FL Bar No. 92580
GREENSPOON MARDER LLP
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33001-1949
Tel.:  (954) 527-2427
Fax:  (954) 333-4027
Email:  beth-ann.krimsky@gmlaw.com
         william.tucker@gmlaw.com

*Attorneys for Ensurety Ventures, LLC d/b/a Omega Auto Care*

By:  */s/ Jeffrey H. Fisher (per email authorization)*
Kathryn Isted, FL Bar No. 1005163
KILPATRICK TOWNSEND
     & STOCKTON LLP
3018 Killearn Point Court
Tallahassee, FL 32312
Tel.:  (404) 815-6500
Fax:  (404) 815-6555
Email:  kisted@kilpatricktownsend.com

James F. Bogan III, *pro hac vice*
Jeffrey H. Fisher, *pro hac vice*
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528
Tel.:  (404) 815-6500
Fax:  (404) 815-6555
Email:  jbogan@kilpatricktownsend.com
         jfisher@kilpatricktownsend.com

*Attorneys for Defendant Fortegra Financial Corp.*

2

*Attorneys for Plaintiff and the
Proposed Classes*

## **CERTIFICATE OF SERVICE**

I certify that on February 6, 2018, this document was served upon Defendants via CM/ECF.

*/s/ Michael J. Boyle, Jr.*