UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN SOKOL, individually and on
behalf of classes of similarly situated
individuals,

    Plaintiff,

v.       Case No. 3:18-cv-262-J-39PDB

FORTEGRA FINANCIAL
CORPORATION, a Delaware
corporation and ENSURETY
VENTURES, LLC, a Missouri
corporation,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal (Doc. No. 35; Stipulation) filed on February 6, 2019. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 8th day of February, 2019.

BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record